1  Angela Pak CA Bar No. 240177
   angela.pak@ogletree.com
2  Natalie Hernandez Catahan CA Bar No. 289350
   natalie.hernandez@ogletree.com
3  Nicole A. Naleway CA Bar No. 300701
   nicole.naleway@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  Park Tower, Fifteenth Floor
   695 Town Center Drive
6  Costa Mesa, CA  92626
   Telephone:    714-800-7900
7  Facsimile:    714-754-1298

8  Attorneys for Defendants
   SODEXO AMERICA, LLC; SODEXO, INC.,
9  and SDH SERVICES WEST LLC

10                **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                     **OAKLAND DIVISION**

13  CHRISTINA VARGAS, an individual,          Case No. 4:22-cv-07453-HSG

14             Plaintiff,                     **ORDER RE DEFENDANT'S REQUEST TO APPEAR REMOTELY AT THE HEARING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (as modified)**
15        v.

16  SODEXO AMERICA, LLC, a Delaware
    Limited Liability Company; SODEXO. INC.
17  a Delaware corporation; SDH SERVICES       Date:     May 9, 2024
    WEST LLC, a Delaware Limited Liability     Time:     2:00 p.m.
18  Company and DOES 1-20, inclusive,          Crtrm.:   2, 4th Floor

19             Defendants.                     Complaint Filed:   August 23, 2022
                                               Trial Date:        None Set
20                                             District Judge:    Hon. Haywood S. Gilliam, Jr.

21

22

23

24

25

26

27

28

ORDER RE DEFENDANT'S REQUEST TO APPEAR REMOTELY AT THE HEARING
PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1

## **ORDER**

2        Having read Defendants SODEXO AMERICA, LLC; SODEXO, INC., and

3   SDH SERVICES WEST LLC ("Defendant") request to appear remotely via Zoom at

4   the hearing on Plaintiffs' Motion to Withdraw as Counsel for Plaintiff, currently set for

5   May 9, 2024 at 2:00 p.m., and good cause appearing therefore, the Court

6   GRANTS Defendant's request. Defendant may appear remotely via zoom. The

7   Clerk will e-mail counsel the call-in information.

8

9   IT IS SO ORDERED.

10

11   DATED:  5/9/2024                    _____

                                        Honorable Haywood S. Gilliam, Jr.
12                                       United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE DEFENDANT'S REQUEST TO APPEAR REMOTELY AT THE HEARING
PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF