1  Mark L. Venardi (SBN 173140)
   Martin Zurada (SBN 218235)
2  Blair Kittle (SBN 336367)
   VENARDI ZURADA LLP
3  101 Ygnacio Valley Road, Suite 100
   Walnut Creek, California  94596
4  Telephone:    (925) 937-3900
   Facsimile:  (925) 937-3905
5

6  Attorneys for Plaintiff
   CHRISTINA VARGAS
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

| | |
|---|---|
| 11  CHRISTINA VARGAS, an individual, | Case No. 4:22-cv-07453-HSG |
| 12             Plaintiff, | **ORDER AS MODIFIED GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| 13      v. | |
| 14  SODEXO AMERICA, LLC, a Delaware Limited Liability Company; SODEXO. INC. | Hearing Date:    May 9, 2024 |
| 15  a Delaware corporation; SDH SERVICES WEST LLC, a Delaware Limited Liability | Time:             2:00pm |
| 16  Company and DOES 1-20, inclusive, | District Judge:   Hon. Haywood S. Gilliam, Jr. |
| 17             Defendants. | |

Martin Zurada and Venardi Zurada LLP seek to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Attorney Zurada and Venardi Zurada have submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party.

IT IS HEREBY ORDERED that Martin Zurada and Venardi Zurada LLP's Motion to Withdraw as Counsel for Plaintiff is **GRANTED**, Dkt. No. 25, and Martin Zurada and Venardi Zurada LLP are hereby terminated as counsel in this proceeding. Counsel are **DIRECTED** to serve Plaintiff with a copy of this order in a manner consistent with their prior methods of communication.

DATED: 5/10/2024

By: /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Court