UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA VARGAS, an individual, | Case No. 4:22-cv-07453-HSG |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| SODEXO AMERICA, LLC, a Delaware Limited Liability Company; SODEXO. INC. a Delaware corporation; SDH SERVICES WEST LLC, a Delaware Limited Liability Company and DOES 1-20, inclusive, | Complaint Filed: August 23, 2022<br>Trial Date: None Set<br>District Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of Plaintiff CHRISTINA VARGAS and Defendants SODEXO AMERICA, LLC; SODEXO, INC., and SDH SERVICES WEST LLC (collectively referred to as "Defendants") (together referred to as the "Parties"), IT IS HEREBY ORDERED that:

1. The entire action is dismissed with prejudice; and

2. The Parties will bear their own attorneys' fees and costs pursuant to the written agreement of the Parties.

IT IS SO ORDERED.

DATED: 9/26/2024

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge